Megan Ann Dailey, CA Bar No. 221574
Law Office of Megan Dailey
805 Maine Ave
Richmond, CA 94804
(415) 794-4479
Saveyourhouse70@gmail.com
Attorney for Plaintiff
JOHN B. GREENE, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| John B. Greene, Jr.; | Case No:  3:19-cv-07448-RS |
| PLAINTIFF, | Assigned to:  Hon. Richard Seeborg |
| V. | STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR ATTORNEY'S FEES AND BRIEFING SCHEDULE THEREIN; ORDER THEREON |
| U.S. BANK, N.A. AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST; FAY SERVICING, LLC; AND DOES 1-100, | |
| | Civil Local Rule 7-12 |

TO ALL COUNSEL AND THIS HONORABLE COURT:

WHEREAS, Defendants Fay Servicing LLC and U.S. Bank, National Association, as Legal Title Trustee for Truman 2016 SC6 Title Trust (together "Defendants") filed a Motion for Award of Attorney's Fees on May 20, 2020 [Dkt. 64].  The due date for the Plaintiff JOHN B. GREENE, JR. to file a response to Defendants' Motion for Award of Attorney's Fees (hereafter "Response" and "Motion for Award of Attorney's Fees" respectively) is currently June 3, 2020;

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR
ATTORNEY'S FEES AND BRIEFING SCHEDULE THEREIN; ORDER THEREON

1

WHEREAS, the Motion for Award of Attorney's Fees is currently set for hearing/to be submitted on the pleadings on/by June 25, 2020 at 1:30 p.m.;

WHEREAS, on June 1, 2020, Counsel for Plaintiff has filed a Motion to be Relieved as Counsel [Dtk. 65] set for hearing/to be submitted on the pleadings on/ by July 16, 2020 at 1:30 p.m.;

WHEREAS, Plaintiff's Counsel Megan Dailey has requested Defendants extend the time from the scheduled due date for Plaintiff's Response to the Motion for Award of Attorney's Fees until after the hearing on the Motion to be Relieved as Counsel on grounds that a breakdown in communication with Plaintiff giving rise to the filing of the Motion to be Relieved as Counsel prevents Attorney Dailey from drafting and filing the Response effectively;

IT IS THEREBY STIPULATED AGREED THAT Counsel for Plaintiff JOHN B. GREENE, JR. and Defendants agree to entry of an order extending the time for Plaintiff JOHN B. GREENE, JR.  to file a Response to the Motion for Award of Attorney's Fees until July 30, 2020, and for Defendants to file a reply brief by August 4, 2020; and for the hearing on the Motion for Award of Attorney's Fees to be reset to August 20, 2020 at 1:30 p.m.; or as ordered by the Court.

Dated: June 2, 2020          */s/ Megan Ann Dailey*
Counsel for Plaintiff JOHN B. GREENE, JR.


Dated:  June 2, 2020, 2020      */s/ Jana Logan*
Counsel for Defendants U.S. BANK, N.A. AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST; FAY SERVICING, LLC

**ORDER**

The above STIPULATION is approved for this case and all parties shall comply with its provisions.

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR ATTORNEY'S FEES AND BRIEFING SCHEDULE THEREIN; ORDER THEREON

1

Plaintiff JOHN B. GREENE, JR.  shall file a Response to the Motion for Award of Attorney's Fees no later than July 30, 2020; Defendants U.S. BANK, N.A. AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST; FAY SERVICING, LLC may file a reply brief by August 4, 2020; the hearing on the Motion for Award of Attorney's Fees is hereby reset to August 20, 2020 at 1:30 p.m.

IT IS SO ORDERED.
Dated:  June 5, 2020

_____
Hon. Judge Richard Seeborg

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR
ATTORNEY'S FEES AND BRIEFING SCHEDULE THEREIN; ORDER THEREON

1